**Motion Granted; Appeal Reinstated and Dismissed and Memorandum Opinion filed March 28, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00159-CV

---

### PAUL TRCKA, Appellant

### V.

### GULF STREAM CONSTRUCTION, LLC, Appellee

---

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCV-271523**

---

## MEMORANDUM OPINION

This is an appeal from a December 1, 2022 final order dismissing the underlying case for want of prosecution. The notice of appeal was filed on March 7, 2023. The trial court found that appellant received notice of the final order on December 9, 2022. *See* Tex. R. App. P. 4.2(c).

On February 26, 2024, the parties filed a joint motion to dismiss this appeal based on a settlement that makes this appeal moot. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal the want of jurisdiction.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.